The Honorable James L. Robart

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10  AMAZON.COM, INC., a Delaware
corporation; and NITE IZE, INC., a Colorado
11  corporation,

12                           Plaintiffs,

13          v.

14  CHUN WONG, an individual; ADAM JONES,
an individual; JACKY LIKENS, an individual;
15  SHENZHEN HAIMING LIMITED, an
unknown entity; HU NAN YUN DONG
16  LIMITED, an unknown entity; JAMES LEE, an
individual; STEVE MAX, an individual; ZACK
17  GREY, an individual; JEFFREY HALL, an
individual; DEREK WILSON, an individual;
18  JACOB SMITH, an individual; and JOHN
DOES 1–10,
19

20                           Defendants.

No. 2:19-cv-00990-JLR

**DECLARATION OF LAUREN
RAINWATER IN SUPPORT OF
PLAINTIFFS' MOTION FOR
AUTHORIZATION FOR
ALTERNATIVE SERVICE OF
PROCESS**

21

22          I, Lauren Rainwater, declare and state as follows:

23          1.      I represent Plaintiffs Amazon.com, Inc. and Nite Ize, Inc. ("Plaintiffs") in the

24  above-entitled litigation.  I am over 18 years of age.  The statements made below are true to the

25  best of my knowledge and belief.

26          2.      On July 9, 2019, my office mailed to the Ministry of the Attorney General for

27  the Ontario Court of Justice Requests for Service Abroad of Judicial or Extrajudicial

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

Documents for Defendants Zack Grey, Jeffrey Hall, Adam Jones, Jacky Likens, Steve Max, Jacob Smith, Derek Wilson, and Chun Wong.  Pursuant to the Hague Convention, we requested that the Ministry of the Attorney General for the Ontario Court of Justice serve these Defendants at the addresses Defendants provided when creating their Amazon seller accounts.

3.      The Requests for Service were delivered to the Ministry of the Attorney General for the Ontario Court of Justice on July 18, 2019.  Attached as **Exhibit A** is a true and correct copy of correspondence my office received on October 18, 2019, from the Ministry of the Attorney General for the Ontario Court of Justice.

4.      We engaged a process server to serve James Lee at the Minnetonka, Minnesota address associated with his Amazon seller account.  Attached as **Exhibit B** is a true and correct copy of the process server's declaration.

5.      In addition to seeking service of Steve Max at his Ontario, Canada address through the Hague Convention, my firm engaged a process server to serve Mr. Max at the Frederick, Maryland address he provided to Amazon.  Attached as **Exhibit C** is a true and correct copy of the process server's declaration.

6.      My firm also engaged outside investigators to investigate the addresses provided by Defendants.  Attached as **Exhibit D** is a true and correct copy of the investigators' report.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 23rd day of October, 2019 at Seattle, Washington.


_s/ Lauren Rainwater_____
Lauren Rainwater, WSBA #43625

DECLARATION OF LAUREN RAINWATER - 2
(2:19-cv-00990)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

1

## **CERTIFICATE OF SERVICE**

2          I hereby certify that on the date below, I filed the foregoing with the Clerk of the Court

3   using the CM/ECF system, which will send notification of such filing to all counsel of record.

4          DATED this 23rd day of October, 2019.

5

6                                                              *s/ Lauren Rainwater*
                                                               Lauren Rainwater, WSBA #43625

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

# EXHIBIT A

| From: | Chan, Gina |
|---|---|
| Sent: | Friday, October 18, 2019 8:35 AM |
| To: | Rainwater, Lauren |
| Subject: | Service of Process |
| Attachments: | G24 - Grey, Zack - Certificate.pdf; H32 - Hall, Jeffrey - Certificate.pdf; J18 - Jones, Adam - Certificate.pdf; L21 - Likens, Jacky - Certificate.pdf; L22 - Likens, Jacky - Certificate.pdf; M43 - Max, Steve - Certificate.pdf; S47 - Smith, Jacob - Certificate.pdf; W17 - Wilson, Derek - Certificate.pdf; W19 - Wong, Chun - Certificate.pdf; W20 - Wong, Chun - Certificate.pdf; W21 - Wong, Chun - Certificate.pdf; W22 - Wong, Chun - Certificate.pdf; W23 - Wong, Chun - Certificate.pdf |

| Follow Up Flag: | Follow up |
|---|---|
| Flag Status: | Completed |

Lauren, this is the email from the Canada Ministry of Attorney general re service in the Nite Ize matter.

**Gina Chan** | Davis Wright Tremaine LLP
Executive Legal Assistant
920 Fifth Avenue, Suite 3300 | Seattle, WA 98104-1610
Tel: (206) 757-8479 | Fax: (206) 757-7700
Email: ginachan@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

**From:** JUS-G-MAG-CSD-Haileybury-HagueConvention
**Sent:** Friday, October 18, 2019 8:32 AM
**To:** Chan, Gina
**Subject:** RE: Service of Process

**[EXTERNAL]**

Hello

Please be advised as follows:

G24 - Zack Grey, 90 Laval Street, Woodbridge, ON service not effected (see attached Certificate)

H31 -Jeffrey Hall, 134 Fanshawe Drive, Brampton, ON checking with Enforcement Office as to the status

H32 - Jeffrey Hall, 92 Boswell Road, Markham, ON service not effected (see attached Certificate)

J18 - Adam Jones, 41 Highbridge Pl, Scarborough, ON service not effected (see attached Certificate)

L21 - Jacky Likens, 35 Highbridge, Scarborough, ON service not effected (see attached Certificate)

L22 - Jacky Likens, 123 Maria Road, Markham, ON service not effected (see attached Certificate)

M43 – Steve Max, 22 Bakerton Drive, Scarborough, ON service not effected (see attached Certificate)

S47 – Jacob Smith, 60 Port Royal Trail, Scarborough, ON service not effected (see attached Certificate)

W17 – Derek Wilson, 11 Milwood Avenue, Etobicoke, ON service not effected (see attached Certificate)

W18 – Chun Wong, 134 Fanshawe Dr, Brampton, ON checking with Enforcement Office as to the status

W19 – Chun Wong, 108 Barnwell Dr, Scarborough, ON service not effected (see attached Certificate)

W20 – Chun Wong, 106 Morgan Avenue, Thornhill, ON service not effected (see attached Certificate)

W21 – Chun Wong, 35 Highbridge Place, Scarborough, ON service not effected (see attached Certificate)

W22 – Chun Wong, 90 Laval St., Woodbridge, ON service not effected (see attached Certificate)

W23 – Chun Wong, 18 Dynasty Drive, Markham, ON service not effected (see attached Certificate)

The original Certificates, Request forms and documents are being forwarded to your office.

*Nadine Auger*
Nadine Auger
Client Service Representative
Ministry of Attorney General / Court Services Division
District of Temiskaming / Haileybury Courthouse
393 Main Street, PO Box 1208
Haileybury, ON P0J 1K0
Telephone: 1-705-672-3321, ext. 214
Fax: 1-705-672-3360
HagueConvention@ontario.ca

This e-mail may contain PRIVILEGED and CONFIDENTIAL INFORMATION only for use of the Addressee named above. If you are not the intended recipient of this e-mail or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone to arrange for the return or destruction of this document. Thank you.

# CERTIFICATE
## ATTESTATION

**The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,**
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served***
que la demande a été exécutée*

| — **the (date)** / le (date): | |
|---|---|
| — **at (place, street, number):**<br>à (localité, rue, numéro) : | |

| — **in one of the following methods authorised by Article 5:**<br>dans une des formes suivantes prévues à l'article 5 : | | |
|---|---|---|
| ☐ | *a)* | **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention***<br>selon les formes légales (article 5, alinéa premier, lettre *a*))* |
| ☐ | *b)* | **in accordance with the following particular method***:<br>selon la forme particulière suivante* : |
| ☐ | *c)* | ~~by delivery to the addressee, if he accepts it voluntarily*~~<br>~~par remise simple*~~ |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| **Identity and description of person:**<br>Identité et qualité de la personne : | |
|---|---|
| **Relationship to the addressee (family, business or other):**<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☑ **2. that the document has not been served, by reason of the following facts***:
que la demande n'a pas été exécutée, en raison des faits suivants*:

Addressee does not reside at address

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement***.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

*Annexes* / Annexes

| **Documents returned:**<br>Pièces renvoyées : | See attached |
|---|---|
| **In appropriate cases, documents establishing the service:**<br>Le cas échéant, les documents justificatifs de l'exécution :<br><sub>* if appropriate / s'il y a lieu</sub> | |

| **Done at** / Fait à Town of Newmarket<br><br>**The** / le 8 October 2019 | **Signature and/or stamp**<br>Signature et / ou cachet |
|---|---|

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served\***
que la demande a été exécutée\*

| — **the (date)** / le (date): | |
|---|---|
| — **at (place, street, number):** à (localité, rue, numéro) : | |

| — **in one of the following methods authorised by Article 5:** dans une des formes suivantes prévues à l'article 5 : | |
|---|---|
| ☐ *a)* | **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention\*** selon les formes légales (article 5, alinéa premier, lettre a))\* |
| ☐ *b)* | **in accordance with the following particular method\*:** selon la forme particulière suivante\* : |
| ☐ *c)* | by delivery to the addressee, if he accepts it voluntarily\* ~~par remise simple\*~~ |

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| **Identity and description of person:** Identité et qualité de la personne : | |
|---|---|
| **Relationship to the addressee (family, business or other):** Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☑ **2. that the document has not been served, by reason of the following facts\*:**
que la demande n'a pas été exécutée, en raison des faits suivants\*:

Aug 6th, 2019 Addressee is not known
at given address.

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is
requested to pay or reimburse the expenses detailed in the attached statement\*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais
dont le détail figure au mémoire ci-joint\*.

*Annexes* / Annexes

| **Documents returned:** Pièces renvoyées : | See Enclosed |
|---|---|
| **In appropriate cases, documents establishing the service:** Le cas échéant, les documents justificatifs de l'exécution : | |

\* if appropriate / s'il y a lieu

| Done at / Fait à   Newmarket | **Signature and/or stamp** Signature et / ou cachet |
|---|---|
| The / le   Aug 28 2019 | |

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ 1. **that the document has been served\***
que la demande a été exécutée\*

| — the (date) / le (date): | |
| — at (place, street, number):<br>à (localité, rue, numéro) : | |

| | — in one of the following methods authorised by Article 5:<br>dans une des formes suivantes prévues à l'article 5 : | |
|---|---|---|
| ☐ | a) **in accordance with the provisions of sub-paragraph _a)_ of the first paragraph of Article 5 of the Convention\***<br>selon les formes légales (article 5, alinéa premier, lettre _a_)\* | |
| ☐ | b) **in accordance with the following particular method\*:**<br>selon la forme particulière suivante\* : | |
| ☐ | c) **by delivery to the addressee, if he accepts it voluntarily\***<br>par remise simple\* | |

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| **Identity and description of person:**<br>Identité et qualité de la personne : | |
|---|---|
| **Relationship to the addressee (family, business or other):**<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☑ 2. **that the document has not been served, by reason of the following facts\*:**
que la demande n'a pas été exécutée, en raison des faits suivants\* :

> I attended 41 Highbridge Place, Toronto, Ont., on August 15th and 22nd, 2019 and another officer attended on August 9th, 2019.  On each visit a card was left at address and to date no return call received.  Therefore we were unable to serve this document.

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is
requested to pay or reimburse the expenses detailed in the attached statement\*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.

_Annexes / Annexes_

| **Documents returned:**<br>Pièces renvoyées : | As per request for service<br>-Attached- |
|---|---|
| **In appropriate cases, documents establishing the service:**<br>Le cas échéant, les documents justificatifs de l'exécution : | |

\* if appropriate / s'il y a lieu

| **Done at / Fait à**  Toronto, Ontario | **Signature and/or stamp**<br>Signature et / ou cachet |
|---|---|
| The / le     27 of Aug, 2019 | Jeremy Anderson<br>Sheriff's Officer #26 |

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ 1. that the document has been served*
que la demande a été exécutée*

| — the (date) / le (date): | |
| — at (place, street, number): à (localité, rue, numéro) : | |

| — in one of the following methods authorised by Article 5: dans une des formes suivantes prévues à l'article 5 : | | |
|---|---|---|
| ☐ | a) | in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention* selon les formes légales (article 5, alinéa premier, lettre a)* |
| ☐ | b) | in accordance with the following particular method*: selon la forme particulière suivante* : |
| ☐ | c) | by delivery to the addressee, if he accepts it voluntarily* par remise simple* |

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| Identity and description of person: Identité et qualité de la personne : | |
| Relationship to the addressee (family, business or other): Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☑ 2. that the document has not been served, by reason of the following facts*:
que la demande n'a pas été exécutée, en raison des faits suivants*:

On Friday, August 09, 2019 we attended the address for service 35 Highbridge Place, Scarborough, ON. I was informed by the current homeowner (David Jiang) that the person named for service 'Jacky Likens' does not reside at this address, and he does not know who 'Jacky Likens' is. Therefore I am returning this document, unable to serve it.

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

*Annexes / Annexes*

| Documents returned: Pièces renvoyées : | As per request for service- attached |
| In appropriate cases, documents establishing the service: Le cas échéant, les documents justificatifs de l'exécution : | |

 * if appropriate / s'il y a lieu

| Done at / Fait à  Toronto, Ontario | Signature and/or stamp Signature et / ou cachet |
|---|---|
| The / le  9th of August, 2019 | FRED SINOPOLI Sheriff's Officer # 77 |

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ 1. that the document has been served*
    que la demande a été exécutée*

| — the (date) / le (date): | |
| — at (place, street, number):<br>à (localité, rue, numéro) : | |

| — in one of the following methods authorised by Article 5:<br>dans une des formes suivantes prévues à l'article 5 : | | |
| ☐ | a) | in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention*<br>selon les formes légales (article 5, alinéa premier, lettre *a*))* |
| ☐ | b) | in accordance with the following particular method*:<br>selon la forme particulière suivante* : |
| ☐ | ~~c)~~ | ~~by delivery to the addressee, if he accepts it voluntarily*~~<br>~~par remise simple*~~ |

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| Identity and description of person:<br>Identité et qualité de la personne : | |
| Relationship to the addressee (family, business or other):<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ 2. that the document has not been served, by reason of the following facts*:
    que la demande n'a pas été exécutée, en raison des faits suivants*:

July 26ᵗʰ  addressee is not known or living at the given address.

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

*Annexes / Annexes*

| Documents returned:<br>Pièces renvoyées : | See enclosed |
| In appropriate cases, documents establishing the service:<br>Le cas échéant, les documents justificatifs de l'exécution : | |

* if appropriate / s'il y a lieu

| Done at / Fait à  Newmarket<br><br>The / le  29ᵗʰ July 2019 | Signature and/or stamp<br>Signature et / ou cachet |

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served\***
que la demande a été exécutée\*

| — the (date) / le (date): | |
|---|---|
| — at (place, street, number):<br>à (localité, rue, numéro) : | |

| — in one of the following methods authorised by Article 5:<br>dans une des formes suivantes prévues à l'article 5 : | | |
|---|---|---|
| ☐ | a) | in accordance with the provisions of sub-paragraph a) of the first paragraph of **Article 5 of the Convention\***<br>selon les formes légales (article 5, alinéa premier, lettre a)\* |
| ☐ | b) | **in accordance with the following particular method\*:**<br>selon la forme particulière suivante\* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily\***<br>par remise simple\* |

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| Identity and description of person:<br>Identité et qualité de la personne : | |
|---|---|
| **Relationship to the addressee (family, business or other):**<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☑ **2. that the document has not been served, by reason of the following facts\*:**
que la demande n'a pas été exécutée, en raison des faits suivants\*:

Attended address: 22 BAKERTON DR SCARBOROUGH, On August 9, 2019. Was advised by current landlord JILES DONNA that the person with the name STEVE MAX dose not reside at the above address. Therefore I'm returning this document. Enforcement Activity not completed.

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.

*Annexes / Annexes*

| Documents returned:<br>Pièces renvoyées : | |
|---|---|
| **In appropriate cases, documents establishing the service:**<br>Le cas échéant, les documents justificatifs de l'exécution :<br>\* if appropriate / s'il y a lieu | As per request for service- attached |

| Done at / Fait à   Toronto, Ontario<br><br>The / le   09 of August, 2019 | Signature and/or stamp<br>Signature et / ou cachet<br><br>Zakrya Fajalwala<br>Sheriff's Officer # 94 |
|---|---|

Permanent Bureau September 2011

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served***
que la demande a été exécutée*

| — the (date) / le (date): | |
| — at (place, street, number):<br>à (localité, rue, numéro) : | |

| — in one of the following methods authorised by Article 5:<br>dans une des formes suivantes prévues à l'article 5 : | | |
|---|---|---|
| ☐ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention***<br>selon les formes légales (article 5, alinéa premier, lettre a)* |
| ☐ | b) | **in accordance with the following particular method***<br>selon la forme particulière suivante* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily***<br>par remise simple* |

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| Identity and description of person:<br>Identité et qualité de la personne : | |
| Relationship to the addressee (family, business or other):<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☑ **2. that the document has not been served, by reason of the following facts***:
que la demande n'a pas été exécutée, en raison des faits suivants* :

I attended 60 Port Royal Trail, Toronto, Ont., on August 15th and 22nd, 2019 and another officer attended on August 1st, 2019.  On each visit a card was left at address and to date no return call received.  Therefore we were unable to serve this document.

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement***.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

*Annexes / Annexes*

| Documents returned:<br>Pièces renvoyées : | As per request for service<br>-Attached- |
| In appropriate cases, documents establishing the service:<br>Le cas échéant, les documents justificatifs de l'exécution : | |

*  if appropriate / s'il y a lieu

| Done at / Fait à  Toronto, Ontario<br><br>The / le  27 of Aug, 2019 | Signature and/or stamp<br>Signature et / ou cachet<br><br>Jeremy Anderson<br>Sheriff's Officer #26 |

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ 1. that the document has been served*
    que la demande a été exécutée*

| — the (date) / le (date): | |
| — at (place, street, number):<br>à (localité, rue, numéro) : | |

| — in one of the following methods authorised by Article 5:<br>dans une des formes suivantes prévues à l'article 5 : | | |
|---|---|---|
| ☐ | a) | in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>selon les formes légales (article 5, alinéa premier, lettre a)* |
| ☐ | b) | in accordance with the following particular method*:<br>selon la forme particulière suivante* : |
| ☐ | c) | by delivery to the addressee, if he accepts it voluntarily*<br>par remise simple* |

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| Identity and description of person:<br>Identité et qualité de la personne : | |
| Relationship to the addressee (family, business or other):<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☑ 2. that the document has not been served, by reason of the following facts*:
    que la demande n'a pas été exécutée, en raison des faits suivants*:

> On July 29, 2019 I attended the address for service at 11 Milkwood Ave., Etobicoke, ON. Upon speaking with the current home owner (Himesh), I was told that him and his family have lived at this address for 20 years, and have never heard of 'Derek Wilson' who is named for service. Therefore the document is being returned as I am unable to serve it.

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

*Annexes / Annexes*

| Documents returned:<br>Pièces renvoyées : | As per request - attached |
| In appropriate cases, documents establishing the service:<br>Le cas échéant, les documents justificatifs de l'exécution : | |

\* if appropriate / s'il y a lieu

| Done at / Fait à    Toronto, Ontario<br><br>The / le    29th of July, 2019 | Signature and/or stamp<br>Signature et / ou cachet<br><br>FRED SINOPOLI<br>Sheriff's Officer # 77 |

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served***
  que la demande a été exécutée*

| — **the (date)** / le (date): | |
|---|---|
| — **at (place, street, number):** à (localité, rue, numéro) : | |

| | | — **in one of the following methods authorised by Article 5:** dans une des formes suivantes prévues à l'article 5 : |
|---|---|---|
| ☐ | a) | **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention*** selon les formes légales (article 5, alinéa premier, lettre a)* |
| ☐ | b) | **in accordance with the following particular method***: selon la forme particulière suivante* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily*** par remise simple* |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Identity and description of person:** Identité et qualité de la personne : | |
| **Relationship to the addressee (family, business or other):** Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☑ **2. that the document has not been served, by reason of the following facts***:
  que la demande n'a pas été exécutée, en raison des faits suivants* :

On Thursday, August 01, 2019 we attended the address for service 108 Barnwell Dr, Scarborough, ON. I was informed by the current homeowner that the person named for service 'Chun Wong' does not reside at this address, and they do not know who 'Chun Wong' is. Therefore I am returning this document, unable to serve it.

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement***.
  Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

*Annexes / Annexes*

| | |
|---|---|
| **Documents returned:** Pièces renvoyées : | |
| **In appropriate cases, documents establishing the service:** Le cas échéant, les documents justificatifs de l'exécution : | As per request for service- attached |

\* if appropriate / s'il y a lieu

| **Done at** / Fait à  Toronto, Ontario | **Signature and/or stamp** Signature et / ou cachet |
|---|---|
| **The** / le  1rst of August, 2019 | FRED SINOPOLI Sheriff's Office # 77 |

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ 1. that the document has been served*
   que la demande a été exécutée*

| | |
|---|---|
| — the (date) / le (date): | |
| — at (place, street, number):<br>à (localité, rue, numéro) : | |

| | | |
|---|---|---|
| — in one of the following methods authorised by Article 5:<br>dans une des formes suivantes prévues à l'article 5 : | | |
| ☐ | a) | in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention*<br>selon les formes légales (article 5, alinéa premier, lettre a))* |
| ☐ | b) | in accordance with the following particular method*:<br>selon la forme particulière suivante* : |
| ☐ | c) | by delivery to the addressee, if he accepts it voluntarily*<br>par remise simple* |

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| Identity and description of person:<br>Identité et qualité de la personne : | |
| Relationship to the addressee (family, business or other):<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☑ 2. that the document has not been served, by reason of the following facts*:
   que la demande n'a pas été exécutée, en raison des faits suivants*:

Addressee does not live at location to be served.

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
   Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

*Annexes* / Annexes

| | |
|---|---|
| Documents returned:<br>Pièces renvoyées : | See Attached |
| In appropriate cases, documents establishing the service:<br>Le cas échéant, les documents justificatifs de l'exécution : | |

* if appropriate / s'il y a lieu

| | |
|---|---|
| Done at / Fait à  Town of Newmarket | Signature and/or stamp<br>Signature et / ou cachet |
| The / le  15th of August 2019 | |

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ 1. **that the document has been served***
que la demande a été exécutée*

| — the (date) / le (date): | |
|---|---|
| — at (place, street, number):<br>à (localité, rue, numéro) : | |

— in one of the following methods authorised by Article 5:
dans une des formes suivantes prévues à l'article 5 :

| | | |
|---|---|---|
| ☐ | *a)* | **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention***<br>selon les formes légales (article 5, alinéa premier, lettre *a*)* |
| ☐ | *b)* | **in accordance with the following particular method***:<br>selon la forme particulière suivante* : |
| ☐ | *c)* | **by delivery to the addressee, if he accepts it voluntarily***<br>par remise simple* |

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| Identity and description of person:<br>Identité et qualité de la personne : | |
|---|---|
| **Relationship to the addressee (family, business or other):**<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☑ 2. **that the document has not been served, by reason of the following facts***:
que la demande n'a pas été exécutée, en raison des faits suivants* :

On Friday, August 09, 2019 we attended the address for service 35 Highbridge Place, Scarborough, ON. I was informed by the current homeowner (David Jiang) that the person named for service 'Chun Wong' does not reside at this address, and he does not know who 'Chun Wong' is. Therefore I am returning this document, unable to serve it.

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement***.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

*Annexes / Annexes*

| Documents returned:<br>Pièces renvoyées : | As per request for service- attached |
|---|---|
| **In appropriate cases, documents establishing the service:**<br>Le cas échéant, les documents justificatifs de l'exécution : | |

* if appropriate / s'il y a lieu

| Done at / Fait à   Toronto, Ontario<br><br>The / le        9th of August, 2019 | Signature and/or stamp<br>Signature et / ou cachet<br><br><br>FRED SINOPOLI<br>Sheriff's Officer # 77 |
|---|---|

# CERTIFICATE
## ATTESTATION

**The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,**
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served\***
que la demande a été exécutée\*

| — **the (date)** / le (date): | |
|---|---|
| — **at (place, street, number):** à (localité, rue, numéro) : | |

| — **in one of the following methods authorised by Article 5:** dans une des formes suivantes prévues à l'article 5 : | | |
|---|---|---|
| ☐ | *a)* | **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention\*** selon les formes légales (article 5, alinéa premier, lettre *a*))\* |
| ☐ | *b)* | **in accordance with the following particular method\*:** selon la forme particulière suivante\* : |
| ☐ | *c)* | ~~**by delivery to the addressee, if he accepts it voluntarily\***~~ ~~par remise simple\*.~~ |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| **Identity and description of person:** Identité et qualité de la personne : | |
|---|---|
| **Relationship to the addressee (family, business or other):** Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☑ **2. that the document has not been served, by reason of the following facts\*:**
que la demande n'a pas été exécutée, en raison des faits suivants\* :

Addressee does not reside at address

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.

*Annexes / Annexes*

| **Documents returned:** Pièces renvoyées : | |
|---|---|
| **In appropriate cases, documents establishing the service:** Le cas échéant, les documents justificatifs de l'exécution : | |

\* if appropriate / s'il y a lieu

| **Done at** / Fait à  Town of Newmarket | **Signature and/or stamp** Signature et /ou cachet |
|---|---|
| **The** / le  8 October 2019 | |

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ 1. that the document has been served*
   que la demande a été exécutée*

| — the (date) / le (date): | |
|---|---|
| — at (place, street, number):<br>à (localité, rue, numéro) : | |

| — in one of the following methods authorised by Article 5:<br>dans une des formes suivantes prévues à l'article 5 : | |
|---|---|
| ☐ | a) in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>selon les formes légales (article 5, alinéa premier, lettre a))* |
| ☐ | b) in accordance with the following particular method*:<br>selon la forme particulière suivante* : |
| ☐ | c) by delivery to the addressee, if he accepts it voluntarily*<br>par remise simple* |

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| Identity and description of person:<br>Identité et qualité de la personne : | |
|---|---|
| Relationship to the addressee (family, business or other):<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☒ 2. that the document has not been served, by reason of the following facts*:
   que la demande n'a pas été exécutée, en raison des faits suivants*:

*Aug 6ᵗʰ 2019   The addressee is not known at the given address.*

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
   Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

*Annexes / Annexes*

| Documents returned:<br>Pièces renvoyées : | *See Enclosed* |
|---|---|
| In appropriate cases, documents establishing the service:<br>Le cas échéant, les documents justificatifs de l'exécution : | |

* if appropriate / s'il y a lieu

| Done at / Fait à *Newmarket*<br>The / le *21ˢᵗ Aug 2019* | Signature and/or stamp<br>Signature et / ou cachet |
|---|---|

# EXHIBIT B



PROCESS SERVICE
SPECIAL MESSENGER
SKIP TRACE
PROCESS FORWARDING
LEGAL RESEARCH

last day and time
for completion

date:  07  |  12  |  19  time:

phone: **206.374.0100**
fax: 206.374.0200

today's date:          name:   Davis Wright Tremaine          case:  Amazon / Nite Ize

07 | 03 | 19     address:   920 5th Ave., Ste. 3300, Seattle, WA  98104

                 contact:   Gina Chan

                 phone:   206-757-8479          cause no.:

Documents:                                      client no.:   51461-2402

Summons; Complaint for Damages and Equitable Relief

Special Instructions:

**Messenger**

☐ PICK UP          ☐ ROUND TRIP
☐ DELIVER ONLY     ☐ DO NOT FILE RETURN ORIG
☐ RETURN COPY      ☐ SIGNATURE REQUIRED

**Process**

☐ SERVE & POST     ☐ FILE 1ST
☑ SERVE            ☐ SERVE 1ST
☐ POST

**Name:**  James Lee
**Residence**
address:   11535 K-Tel Drive Suite Jame8682

city, zip:   Minnetonka, MN, 55343

phone:

**Business**
address:

city, zip:

phone:

## Filing:

| COUNTY | | DISTRICT | | |
|---|---|---|---|---|
| SUPERIOR ☐ | AUDITOR ☐ | APPEALS COURT ☐ I  ☐ II | FEDERAL COURT ☐ Civil  ☐ Bankruptcy  ☐ SEA  ☐ TAC | SUPREME COURT ☐ |

Case 2:19-cv-00990-JLR   Document 5-5   Filed 06/27/19   Page 1 of 2

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and NITE IZE, INC., a Colorado corporation, <br><br> *Plaintiff(s)* <br> v. <br> CHUN WONG, an individual; ADAM JONES, an individual; JACKY LIKENS, an individual; et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.   2:19-cv-00990-JLR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JAMES LEE

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Bonnie MacNaughton
> Davis Wright Tremaine LLP
> 920 Fifth Avenue, Suite 3300
> Seattle, WA  98104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    06/27/2019

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:19-cv-00990-JLR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    James Lee

was received by me on *(date)*            07/09/2019            .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because    The defendant, James Lee does not reside or work *  ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date:   8 / 2 / 19

_____
*Server's signature*

Molly Bowles- Process Server
*Printed name and title*


Excel Legal Courier
6607 - 18th Avenue S, Suite 204
Richfield, MN 55423
*Server's address*

Additional information regarding attempted service, etc:
* at the address 11535 K-Tel Drive, Minnetonka, MN 55343. This is a warehose/distribution center. A check by the the occupant reveals that they had no James Lee listed as an employee. He does not have an office at that facility. He may ship and receive from that location but he is not in any way affiliated with it as an employee or principal. No other information could be found regarding James Lee.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; et al., | NO.  2:19-CV-00990-JLR |
| Plaintiff(s), | DECLARATION OF TRACE WORK RE: JAMES LEE. |
| Vs. | |
| CHUN WONG, an individual; et al., | |
| Defendant(s). | |

STATE OF WASHINGTON
COUNTY OF KING

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

Washington Legal Messengers Inc. conducted a skip trace on the defendant, James Lee, whose last known address is known to be at 11535 K-Tel Drive, in Minnetonka, Minnesota, to locate a current residential address and serve him with legal documents in this matter.

The defendant's last known address was found to be a large warehouse and distribution center where they did not know of James Lee and he is not employed by that company or keep an office at this address.

Trace work involved running and searching through name databases, credit header reports, and social security number searches. Several trace databases were searched for the name, James Lee, linked to the above-described work address. However, out of the many James Lee's reported in Minnesota none of those are reported at this address. Without any other identifiable information available, such as a middle initial or birth date, we were unable to narrow down which individual was the correct one involved in this matter.

1

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington, on     8/16/19

Service Fees:
Travel:
SSA:
Trace:       150.00
Aff./Notary Fee:  24.00
Wait:

TOTAL  $174.00

ARLENE MATIAS (TRACE DEPT.) KING CO. # 1217202

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and NITE IZE, INC., a Colorado corporation, <br><br> *Plaintiff(s)* <br><br> v. <br><br> CHUN WONG, an individual; ADAM JONES, an individual; JACKY LIKENS, an individual; et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.   2:19-cv-00990-JLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JAMES LEE

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Bonnie MacNaughton
> Davis Wright Tremaine LLP
> 920 Fifth Avenue, Suite 3300
> Seattle, WA  98104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   06/27/2019

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:19-cv-00990-JLR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   James Lee

was received by me on *(date)*   07/09/2019

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because   The defendant, James Lee does not reside or work *  ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:   8/2/19

Molly Bowles
*Server's signature*

Molly Bowles- Process Server
*Printed name and title*

Excel Legal Courier
6607 - 18th Avenue S, Suite 204
Richfield, MN 55423
*Server's address*

Additional information regarding attempted service, etc:
* at the address 11535 K-Tel Drive, Minnetonka, MN 55343. This is a warehose/distribution center. A check by the
occupant reveals that they had no James Lee listed as an employee. He does not have an office at that facility. He
may ship and receive from that location but he is not in any way affiliated with it as an employee or principal. No other
information could be found regarding James Lee.



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; et al., | NO.  2:19-CV-00990-JLR |
| Plaintiff(s), | DECLARATION OF TRACE WORK RE: JAMES LEE. |
| Vs. | |
| CHUN WONG, an individual; et al., | |
| Defendant(s). | |

STATE OF WASHINGTON
COUNTY OF KING

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Washington, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

Washington Legal Messengers Inc. conducted a skip trace on the defendant, James Lee, whose last known address is known to be at 11535 K-Tel Drive, in Minnetonka, Minnesota, to locate a current residential address and serve him with legal documents in this matter.

The defendant's last known address was found to be a large warehouse and distribution center where they did not know of James Lee and he is not employed by that company or keep an office at this address.

Trace work involved running and searching through name databases, credit header reports, and social security number searches. Several trace databases were searched for the name, James Lee, linked to the above-described work address. However, out of the many James Lee's reported in Minnesota none of those are reported at this address. Without any other identifiable information available, such as a middle initial or birth date, we were unable to narrow down which individual was the correct one involved in this matter.



1

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington, on _____8 / 16 / 19_____

Service Fees:
Travel:
SSA:
Trace:            150.00
Aff./Notary Fee:   24.00
Wait:

    TOTAL   $174.00

ARLENE MATIAS (TRACE DEPT.) KING CO. # 1217202

# Washington Legal Messengers, Inc.
## 2225 Fourth Ave Suite B
## Seattle, WA 98121

| DATE | INVOICE # |
|------|-----------|
| 8/12/2019 | 341076 |

BILL TO:

Davis Wright Tremaine LLP
920 Fifth Ave., Suite 3300
Seattle, WA 98104

| Requested By: | Case | | Job # | Client Number |
|---------------|------|--|-------|---------------|
| Gina Chan | Amazon/Nite Ize | | | 51461-2402 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Trace Work Performed<br>James Lee | | 150.00 | 150.00 |
| Out Of State Forwarding On:<br>James Lee<br>11535 K-Tel DR Suite Jame8682<br>Minnetonka, MN 55343 | | 100.00 | 100.00 |
| Service Fee Of: | | 91.05 | 91.05 |
| Affidavit of Trace | | 24.00 | 24.00 |

**TOTAL**  $365.05

# EXHIBIT C



PROCESS SERVICE
SPECIAL MESSENGER
SKIP TRACE
PROCESS FORWARDING
LEGAL RESEARCH

WASHINGTON LEGAL MESSENGERS

last day and time
for completion

date:  07  |  12  |  19  time:

phone: **206.374.0100**
fax: **206.374.0200**

today's date:

07 | 03 | 19

name:  Davis Wright Tremaine

address:  920 5th Ave., Ste. 3300, Seattle, WA  98104

contact:  Gina Chan

phone:  206-757-8479

case:  Amazon / Nite Ize

cause no.:

client no.:  51461-2402

Documents:

Summons; Complaint for Damages and Equitable Relief

Special Instructions:

### Messenger

☐ PICK UP
☐ DELIVER ONLY
☐ RETURN COPY
☐ ROUND TRIP
☐ DO NOT FILE RETURN ORIG
☐ SIGNATURE REQUIRED

### Process

☐ SERVE & POST
☑ SERVE
☐ POST
☐ FILE 1ST
☐ SERVE 1ST

**Name:**  Steve Max
**Residence**
address:  10119 Putman Rd

city, zip:  Frederick, MD 21702-183

phone:

**Business**
address:

city, zip:

phone:

## Filing:

COUNTY                                      DISTRICT

SUPERIOR        AUDITOR              APPEALS COURT       FEDERAL COURT          SUPREME COURT
☐               ☐                    ☐     ☐             ☐      ☐      ☐   ☐        ☐
                                     I     II            Civil  Bankruptcy  SEA  TAC

## **RETURN OF NON-SERVICE**

State of Washington                 County of                 Western District Court

Case Number: 2:19-CV-00990-JLR

Plaintiff:
**Amazon.com, Inc, a Delaware corporation and Nite Ize, Inc a Colorado corporation**

vs.

Defendant:
**Chun Wong, an individual; Adam Jones, an individual; Jacky Likens, an individual et al**

Received by Hewett & Associates to be served on **Steve Max, 10119 Putman Rd, Frederick, MD**.

I, Kristy Morgan, do hereby affirm that on the **10th day of July, 2019** at **6:02 pm, I**:

**NON-SERVED** the **Summons and Complaint** for the reason that I failed to find **Steve Max** or any information to allow further search.  Read the comments below for further details.

**Additional Information pertaining to this Service:**
7/11/2019  12:02 pm  Attempted service at 10119 Putman Rd, Frederick, MD, knocked on the door a white female answered I asked if Steve Max was home. She told me no one by that name lives there. I  asked what her last name was. She said Fisher and that they have lived there for over 20 years. So this is a bad address.

I certify that I am over the age of 18, have no interest in the above action.

Kristy L Morgan
**Kristy Morgan**
Process Server

**Hewett & Associates
PO Box 463
Keedysville, MD 21756
(800) 776-5069**

Our Job Serial Number: HWT-2019000362

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c



AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and NITE IZE, INC., a Colorado corporation, <br><br> *Plaintiff(s)* <br><br> v. <br><br> CHUN WONG, an individual; ADAM JONES, an individual; JACKY LIKENS, an individual; et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.   2:19-cv-00990-JLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  STEVE MAX

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Bonnie MacNaughton
> Davis Wright Tremaine LLP
> 920 Fifth Avenue, Suite 3300
> Seattle, WA  98104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  06/27/2019 _____

_____
*Signature of Clerk or Deputy Clerk*

## <u>RETURN OF NON-SERVICE</u>

State of Washington                          County of                          Western District Court

Case Number: 2:19-CV-00990-JLR

Plaintiff:
**Amazon.com, Inc, a Delaware corporation and Nite Ize, Inc a Colorado corporation**

vs.

Defendant:
**Chun Wong, an individual; Adam Jones, an individual; Jacky Likens, an individual et al**

Received by Hewett & Associates to be served on **Steve Max, 10119 Putman Rd, Frederick, MD**.

I, Kristy Morgan, do hereby affirm that on the **10th day of July, 2019** at **6:02 pm, I:**

**NON-SERVED** the **Summons and Complaint** for the reason that I failed to find **Steve Max** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
7/11/2019  12:02 pm  Attempted service at 10119 Putman Rd, Frederick, MD, knocked on the door a white female answered I asked if Steve Max was home. She told me no one by that name lives there. I asked what her last name was. She said Fisher and that they have lived there for over 20 years. So this is a bad address.

I certify that I am over the age of 18, have no interest in the above action.

Kristy L. Morgan

**Kristy Morgan**
Process Server

**Hewett & Associates**
**PO Box 463**
**Keedysville, MD 21756**
**(800) 776-5069**

Our Job Serial Number: HWT-2019000362

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c




# Washington Legal Messengers, Inc.
2225 Fourth Ave Suite B
Seattle, WA 98121

| DATE | INVOICE # |
|------|-----------|
| 8/2/2019 | 340856 |

BILL TO:

Davis Wright Tremaine LLP
920 Fifth Ave., Suite 3300
Seattle, WA 98104

| Requested By: | Case | | Job # | Client Number |
|---|---|---|---|---|
| Gina Chan | Amazon/nite Ize | | | 51461-2402 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Out Of State Forwarding On:<br>Steve Max<br>10119 Putman Rd<br>Frederick, MD 21702-183 | | 100.00 | 100.00 |
| Service Fee Of: | | 110.40 | 110.40 |

**TOTAL**          $210.40

# EXHIBIT D





Owner: Niles Gooding
Phone: (208)961-1111
Email: niles@vardainvestigations.com

# Report Of Investigation

**Client Name:** Davis Wright Tremaine LLP
**Case Name:** Nite Ize
**Location:** Boise, Idaho
**Date of Incident:** 10/22/2019
**Report Title:** Canadian Site Visits
**By:** Investigator Niles Gooding
**Date Prepared:** 10/22/2019
**<u>Confidential Attorney Work Production in Anticipation of Litigation</u>**

<u>SYNOPSIS</u>
IACS Inc. was contacted by Investigator Niles Gooding of Varda Investigations to conduct site visits of locations in Canada to determine if specific defendants were living in addresses that had previously been identified. The following are the results from those site visits.

<u>RESULTS OF SITE VISITS</u>
**Defendant: Zack GREY**
Email: zackgrey111@gmail.com
**Address: 90 Laval Street, Woodbridge, ON, Canada, L4H 0P2**

According to property records, the owners of the property are Vandita and Sandeepta Vedprakash KHER.

Online searches were conducted for the names, Vandita KHER, and Sandeepta Vedprakash KHER and the address of 90 Laval Street, Woodbridge, ON.  No records could be found.

A visit was conducted to the residence.   At this time the investigator observed a two-storey townhouse constructed of a beige brick.  No vehicles were observed parked on the driveway.  The investigator knocked on the front door which was answered by an East Indian female 30-35 years of age.  The investigator asked to speak with Zack GREY. The female stated that this person didn't live at this address.

**Defendant: Jeffrey HALL**
Email: jhallhall11@gmail.com
**Address: 134 Fanshawe Drive, Brampton, ON, Canada L6Z 1B1**

According to property records, the owners of 134 Fanshawe Drive, Brampton, ON, Canada, L6Z 1B1, are Mary and Arthur Bryon JOHNSON,

Online searches were conducted for the names, Mary and Arthur Bryon JOHNSON as well as the address of 134 Fanshawe Drive, Brampton, ON, Canada L6Z 1B1.

Searches  revealed that Arthur Bryon JOHNSON was listed as a director of a numbered company "026816-0".  The registered address for Mr. JOHNSON was 134 Fanshawe Dr., Brampton, ON, Canada, L6Z 1B1.
https://www.ic.gc.ca/app/scr/cc/CorporationsCanada/fdrlCrpDtls.html?corpId=268160

1



A search also revealed Mr. JOHNSON's LinkedIn Page, which indicated that he was a "Photographer for the  Brampton/Mississauga News".

https://ca.linkedin.com/in/bryon-johnson-173a297

A visit was conducted to the residence.  At this time the investigator observed a two-storey detached residence which was constructed of a brown brick and beige siding.  No vehicles were observed parked on the driveway.  The investigator knocked on the front door which was answered by a Caucasian female 55-60 years of age.  The investigator asked to speak with Jeffrey HALL. The female stated that this person didn't live at this address and that they had lived in this house since 1981.

**92 Boswell Road, Markham, ON, Canada, L6B 0M5**

According to property records, the owners of the property are Koovarjee and Mahendrakmar PADMANEE.

Online searches were conducted for the names, Koovarjee and Mahendrakmar PADMANEE as well as the address of 92 Boswell Road, Markham, ON, Canada, L6B 0M5.  No records could be found.

A visit was conducted to the residence.  At this time the investigator observed a large two-storey detached residence constructed of a beige brick.  Two vehicles were observed parked on the driveway a red Subaru "BVZJ 099" and a grey Lexus "BEBV 008.  The investigator knocked on the front door which was answered by an Asian female 20-25 years of age.  The investigator asked to speak with Jeffrey HALL. The female stated that this person didn't live at this address.

**Defendant: Adam JONES**
Email: adamheaven99@gmail.com
**Address: 41 Highbridge Place, Scarborough, ON, Canada M1V 4R9**

According to property records, the owners of the property are Ming Sidney Ge YIK.

Online searches were conducted for the names, Ming Sidney Ge YIK as well as the address of 41 Highbridge Place, Scarborough, ON, Canada M1V 4R9.  No records could be found.

A visit was conducted to the residence.  At this time the investigator observed a two-storey detached residence constructed of a beige brick.  No vehicles were observed parked on the driveway.  The investigator knocked on the front door which was answered by an Asian male 45-50 years of age.  The investigator asked to speak with **Adam JONES**. The male stated that this person didn't live at this address.

**Defendant: Jacky LIKENS**
Email: jackylii123@outlook.com
**Address: 123 Maria Road., Markham, ON, Canada L6E 0M1**

According to property records, the owners of the property are Chun Yee WAN, Leonard Phillip SOLE.

Online searches were conducted for the names, Chun Jane Yee WAN, Leonard Phillip SOLE as well as the address of 123 Maria Road., Markham, ON, Canada L6E 0M1.  No records could be found.  Searches revealed a LinkedIn account for Jane WAN, listed as a piano teacher.

https://ca.linkedin.com/in/jane-w-66a09554



A visit was conducted to the residence.  At this time the investigator observed a two-storey semi-detached residence constructed of a beige brick.  No vehicles were observed parked on the driveway.  The investigator knocked on the front door which was answered by an Asian male 35-40 years of age.  The investigator asked to speak with **Jacky LIKENS**. The male stated that this person didn't live at this address.

**35 Highbridge Place, Scarborough, ON, Canada, M1V4R7**

According to property records, the owners of the property are Jian Gong and Xiurong  JIANG.

Online searches were conducted for the names, Jian Gong and Xiurong  JIANG, as well as the address of 35 Highbridge Place, Scarborough, ON, Canada, M1V4R7.
No records could be found.

A visit was conducted to the residence.  At this time the investigator observed a two-storey detached residence constructed of a beige brick.  No vehicles were observed parked on the driveway.  The investigator knocked on the front door which was answered by an Asian male 50-55 years of age.  The investigator asked to speak with **Jacky LIKENS**. The male stated that this person didn't live at this address.

**Defendant: Steve MAX**
Email: maxstevemax11@gmail.com
**Address: 22 Bakerton Drive, Scarborough, ON, Canada, M1J 2T5**

According to property records, the owners of the property are Donna Lee and Sheldon Cecil  GILES.

Online searches were conducted for the names, Donna Lee and Sheldon Cecil  GILES as well as the address of 22 Bakerton Drive, Scarborough, ON, Canada M1J 2T5.

Searches revealed a 411-telephone listing for "D Giles" at this address.  Telephone number was "416-431-6638".

https://www.canada411.ca/res/4164316638/D-Giles/444310295.html

A search also revealed the same telephone listing for "S Giles" at this address.

https://ontario.411numbers-canada.com/directory/4164316638/scarborough/s-giles.html

Another search revealed a LinkedIn account for Sheldon Giles listing him as a  Retired Operations Supervisor Toronto.

https://ca.linkedin.com/in/sheldon-giles-724178144

A visit was conducted to the residence.  At this time the investigator observed a single-storey bungalow constructed of a wooden siding.  No vehicles were observed parked on the driveway.  The investigator knocked on the front door which was answered by a Caucasian male 35-40 years of age.  The investigator asked to speak with **Steve MAX**. The male stated that this person didn't live at this address.

3



**Defendant: Jacob SMITH**
Email: jacobsam12345@outlook.com
**Address: 60 Port Royal Trail, Scarborough, ON, Canada, M1V 2G8**

According to property records, the owners of the property are Ming ZHENG.

Online searches were conducted for the names, Ming ZHENG as well as the address of 60 Port Royal Trail, Scarborough, ON, Canada, M1V 2G8.

A search revealed a listing for Ming Zheng listed as a Technology Assistant University of Toronto.

https://onesearch.library.utoronto.ca/library-staff/14372/ming-zheng

A visit was conducted to the residence.  At this time the investigator observed a two-storey semi detached residence constructed of a beige brick.  No vehicles were observed parked on the driveway.  The investigator knocked on the front door which was answered by an Asian female 45-50 years of age.  The investigator asked to speak with **Jacob SMITH**. The female stated that this person didn't live at this address.

**Defendant: Derek WILSON**
Email: wilsonderek12345@gmail.com
**Address: 11 Milkwood Avenue, Etobicoke, Ontario, Canada, M9V 1M2**

According to property records, the owners of the property are the ONTARIO HOUSING CORPORATION.

Online searches were conducted for the address of 11 Milkwood Avenue, Etobicoke, Ontario, Canada, M9V 1M2.  No records were found.

A visit was conducted to the residence.  At this time the investigator observed a two-storey detached residence constructed of a beige siding.  No vehicles were observed parked on the driveway.  The investigator knocked on the front door which was answered by an East Indian male 18-22 years of age. The investigator asked to speak with **Derek WILSON**. The male stated that this person didn't live at this address.

**Defendant: Chun WONG**
Email: vincenthorne789@gmail.com
JackCrusso11@gmail.com
JHALLHALL11@gmail.com
zackgrey111@gmail.com
jasonmjms1234@outlook.com
MentuChris@gmail.com
**Address: 106 Morgan Avenue, Thornhill, Ontario, Canada, L3T 1R7**

According to property records, the owners of the property are Seyed Mohammad Hadi HAMI.

Online searches were conducted for the names, Seyed Mohammad Hadi HAMI as well as the address of 106 Morgan Avenue, Thornhill, Ontario, Canada, L3T 1R7.

A Search revealed a rental listing for the basement apartment.

4



https://www.squareyards.ca/lease/ontario/york-region/markham/thornhill/106-morgan-ave-n4564147/bsmt

A visit was conducted to the residence.  At this time the investigator observed a two-storey detached residence constructed of a white painted wood.  No vehicles were observed parked on the driveway.  The investigator knocked on the front door which was answered by a Caucasian female 30-35 years of age. The investigator asked to speak with **Chun WONG**. The male stated that this person didn't live at this address.



**18 Dynasty Drive, Markham, Ontario, Canada, L3S 4N1**

According to property records, the owners of the property are Jian Fang HE.

Online searches were conducted for the names, Jian Fang HE as well as the address of 18 Dynasty Drive, Markham, Ontario, Canada, L3S 4N1. No records could be found.

A visit was conducted to the residence. At this time the investigator observed a two-storey detached residence constructed of a grey coloured brick. No vehicles were observed parked on the driveway. The investigator knocked on the front door which was answered by an Asian male 40-45 years of age. The investigator asked to speak with **Chun WONG**. The male stated that this person didn't live at this address.

**108 Barnwell Drive, Scarborough, Ontario, Canada, M1V 1V9**

According to property records, the owners of the property are Duanqing ZHENG.

Online searches were conducted for the names, Duanqing ZHENG, as well as the address of 108 Barnwell Drive, Scarborough, Ontario, Canada, M1V 1V9. No records could be found.

A visit was conducted to the residence. At this time the investigator observed a two-storey detached residence constructed of a beige colored siding. A single black Acura was observed parked on the driveway bearing license plate "CDRH 403" The investigator knocked on the front door which was answered by an Asian male 50-55 years of age. The investigator asked to speak with **Chun WONG**. The male stated that this person didn't live at this address.

