The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and NITE IZE, INC., a Colorado corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CHUN WONG, an individual; ADAM JONES, an individual; JACKY LIKENS, an individual; SHENZHEN HAIMING LIMITED, an unknown entity; HU NAN YUN DONG LIMITED, an unknown entity; JAMES LEE, an individual; STEVE MAX, an individual; ZACK GREY, an individual; JEFFREY HALL, an individual; DEREK WILSON, an individual; JACOB SMITH, an individual; and JOHN DOES 1–10,<br><br>Defendants. | No. 2:19-cv-00990-JLR<br><br>**DECLARATION OF GIANMARCO VAIRO IN SUPPORT OF PLAINTIFFS' MOTION FOR AUTHORIZATION FOR ALTERNATIVE SERVICE OF PROCESS** |

I, Gianmarco Vairo, declare and state as follows:

1. I am employed as a Litigation Paralegal at Amazon.com, Inc. ("Amazon"). I am over 18 years of age. The statements made below are made based on my review of the relevant business records and are true to the best of my knowledge and belief.

DECLARATION OF GIANMARCO VAIRO - 1
(2:19-cv-00990)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

2. When Defendants created Amazon seller accounts, Defendants were required to provide to Amazon email and mailing addresses. Below is the contact information provided by Defendants:

| Defendant | Mailing Address(es) | Email Address |
|---|---|---|
| Zack Grey | 90 Laval St, Woodbridge ON, Canada L4H 0P2 | zackgrey111@gmail.com |
| Jeffrey Hall | 134 Fanshawe Dr, Brampton, ON, Canada L6Z 1B1<br><br>92 Boswell Road Markham, Ontario, L6B 0M5, CA | JHALLHALL11@gmail.com |
| Adam Jones | 41 Highbridge Pl, Scarborough, Ontario, Canada M1V4R9 | adamheaven99@outlook.com |
| James Lee | 11535 K-Tel Drive Suite 8682 Minnetonka, MN, 55343, US | iamjamesleebron@gmail.com |
| Jacky Likens | 123 Maria Rd Markham, ON, L6E 0M1, CA<br><br>35 Highbridge Place, Scarborough, Ontario, Canada M1V4R7 | jackylii123@outlook.com |
| Steve Max | 10119 Putman Rd Frederick, MD 21702-183<br><br>22 Bakerton Dr, Scarborough, ON, Canada M1J 2T5 | maxstevemax11@gmail.com |
| Jacob Smith | 60 Port Royal Trail, Scarborough, Ontario, CA M1V2G8 | jacobsam12345@outlook.com |
| Derek Wilson | 11 Milkwood Ave, Etobicoke, ON, CA M9V1M2 | WilsonDerek12345@gmail.com |

DECLARATION OF GIANMARCO VAIRO - 2
(2:19-cv-00990)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| Chun Wong | 106 Morgan Ave, Thornhill, ON, CA L3T 1R7<br><br>18 Dynasty Dr, Markham, Ontario, CA L3S 4N1<br><br>90 Laval St, Woodbridge, ON, CA L4H 0P2<br><br>35 Highbridge Place, Scarborough, Ontario, Canada M1V 4R7<br><br>108 Barnwell Dr, Scarborough, On, CA M1V 1V9<br><br>134 Fanshawe Dr, Brampton, ON, CA L6Z 1B1 | vincenthorne789@gmail.com<br><br>JackCrusso11@gmail.com<br><br>JHALLHALL11@gmail.com<br><br>zackgrey111@gmail.com<br><br>jasonmjms1234@outlook.com<br><br>MentuChris@gmail.com |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 22nd day of October, 2019 at Seattle, Washington.

_____
Gianmarco Vairo

DECLARATION OF GIANMARCO VAIRO - 3
(2:19-cv-00990)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 23rd day of October, 2019.

*/s/* Lauren Rainwater
Lauren Rainwater, WSBA #43625

DECLARATION OF GIANMARCO VAIRO - 4
(2:19-cv-00990)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax