The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and NITE IZE, INC., a Colorado corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CHUN WONG, an individual; ADAM JONES, an individual; JACKY LIKENS, an individual; SHENZHEN HAIMING LIMITED, an unknown entity; HU NAN YUN DONG LIMITED, an unknown entity; JAMES LEE, an individual; STEVE MAX, an individual; ZACK GREY, an individual; JEFFREY HALL, an individual; DEREK WILSON, an individual; JACOB SMITH, an individual; and JOHN DOES 1–10,<br><br>Defendants. | No. 2:19-cv-00990-JLR<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR AUTHORIZATION FOR ALTERNATIVE SERVICE OF PROCESS<br><br>NOTE ON MOTION CALENDAR: November 8, 2019 |

This matter comes before the Court on Plaintiffs' Motion for Authorization for Alternative Service of Process. The Court has reviewed the Motion and supporting documents, as well as the papers filed in connection with this matter. The Court finds good cause to grant Plaintiffs' motion. The Court orders that Plaintiffs have leave under Federal Rule of Civil Procedure 4(f)(3) to serve Defendants Zack Grey, Jeffrey Hall, Adam Jones, Jacky Likens, Steve Max, Jacob Smith, Derek Wilson, Chun Wong, and James Lee by registered email. Such

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
ALTERNATIVE SERVICE OF PROCESS - 1
(2:19-cv-00990)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Case 2:19-cv-00990-JLR   Document 11-1   Filed 10/23/19   Page 2 of 3

1 service shall be made no later than fourteen days from the date of this Order or at such time as
2 may be extended by this Court.
3   DATED this ___ day of _____, 2019.

                                        _____
                                        James L. Robart
                                        UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

By *s/ Lauren Rainwater*
   Bonnie E. MacNaughton, WSBA #36110
   Lauren Rainwater, WSBA #43625
   920 Fifth Avenue, Suite 3300
   Seattle, WA 98104-1604
   Tel: (206) 622-3150
   Fax: (206) 757-7700
   Email: bonniemacnaughton@dwt.com
          laurenrainwater@dwt.com

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
ALTERNATIVE SERVICE OF PROCESS - 2
(2:19-cv-00990)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 23rd day of October, 2019.

*s/ Lauren Rainwater*
Lauren Rainwater, WSBA #43625

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
ALTERNATIVE SERVICE OF PROCESS - 3
(2:19-cv-00990)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax