The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and NITE IZE, INC., a Colorado corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CHUN WONG, an individual; ADAM JONES, an individual; JACKY LIKENS, an individual; SHENZHEN HAIMING LIMITED, an unknown entity; HU NAN YUN DONG LIMITED, an unknown entity; JAMES LEE, an individual; STEVE MAX, an individual; ZACK GREY, an individual; JEFFREY HALL, an individual; DEREK WILSON, an individual; JACOB SMITH, an individual; and JOHN DOES 1–10,<br><br>Defendants. | No. 2:19-cv-00990-JLR<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO SEAL** |

This matter comes before the Court on Plaintiffs Amazon.com, Inc. and Nite Ize, Inc.'s ("Plaintiffs") Motion to Seal (the "Motion"). The Court having considered the Motion, and the Court thus being fully informed of the matter, the Court hereby GRANTS the Motion. The Court finds that good cause exists to maintain under seal the unredacted version of Exhibit 1 to Plaintiffs' Motion for Issuance of Letters Rogatory. The Clerk of Court is directed to maintain under seal Exhibit 1 to Plaintiffs' Motion for Issuance of Letters Rogatory.

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO SEAL - 1
(2:19-cv-00990)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

1   IT IS SO ORDERED.

2   DATED this 21st day of August, 2020.

*[signature]*

James L. Robart
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO SEAL - 2
(2:19-cv-00990)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax