The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and NITE IZE, INC., a Colorado corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CHUN WONG, an individual; ADAM JONES, an individual; JACKY LIKENS, an individual; SHENZHEN HAIMING LIMITED, an unknown entity; HU NAN YUN DONG LIMITED, an unknown entity; JAMES LEE, an individual; STEVE MAX, an individual; ZACK GREY, an individual; JEFFREY HALL, an individual; DEREK WILSON, an individual; JACOB SMITH, an individual; and JOHN DOES 1–10,<br><br>Defendants. | No. 2:19-cv-00990-JLR<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR ISSUANCE OF LETTERS ROGATORY**<br><br>NOTE ON MOTION CALENDAR: JUNE 26, 2020 |

This matter comes before the Court on Plaintiffs Amazon.com, Inc. and Nite Ize, Inc.'s ("Plaintiffs") Motion for Issuance of Letters Rogatory (the "Motion"). Having reviewed the Motion and the papers filed in connection with this matter, the Court finds good cause to grant Plaintiffs' Motion. The Court will issue letters rogatory in the form submitted with the Motion.

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
ISSUANCE OF LETTERS ROGATORY - 1
(2:19-cv-00990)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1   IT IS SO ORDERED.

2   DATED this 21st day of August, 2020.

_____
James L. Robart
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
ISSUANCE OF LETTERS ROGATORY - 2
(2:19-cv-00990)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax