The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and NITE IZE, INC., a Colorado corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CHUN WONG, an individual; ADAM JONES, an individual; JACKY LIKENS, an individual; SHENZHEN HAIMING LIMITED, an unknown entity; HU NAN YUN DONG LIMITED, an unknown entity; JAMES LEE, an individual; STEVE MAX, an individual; ZACK GREY, an individual; JEFFREY HALL, an individual; DEREK WILSON, an individual; JACOB SMITH, an individual; and JOHN DOES 1–10,<br><br>Defendants. | No. 2:19-cv-00990-JLR<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>**Noted: Friday, February 19, 2021** |

This matter comes before the Court on Plaintiffs Amazon.com, Inc. and Nite Ize, Inc.'s (collectively, "Plaintiffs") Motion for Leave to File First Amended Complaint (the "Motion"). The Court having considered the Motion and the attached declaration and accompanying exhibits, and the Court thus being fully informed of the matter, the Court hereby GRANTS the Motion.

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR LEAVE TO FILE AMENDED COMPLAINT - 1
(2:19-cv-00990)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1   IT IS SO ORDERED that Plaintiffs' Motion for Leave to file First Amended Complaint
2   is GRANTED.  Plaintiffs are directed to file with the Court Plaintiffs' First Amended
3   Complaint, as attached as Exhibit B to Plaintiffs' Motion.

5   DATED this 19th day of February, 2021.

_____
James L. Robart
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR LEAVE TO FILE AMENDED COMPLAINT - 2
(2:19-cv-00990)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax