1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., et al.,

                Plaintiffs,

     v.

CHUN WONG, et al.,

                Defendants.

CASE NO. C19-0990JLR

ORDER

15
16
17
18
19
20
21
22

The court has received Plaintiffs Amazon.com, Inc. and Nite Ize, Inc.'s
(collectively, "Plaintiffs") response to its order to show cause.  (OSC Resp. (Dkt. # 51);
OSC (Dkt. # 47).)  In addition to informing the court of the steps they have taken to serve
Defendants Shenzhen Haiming Limited and Hu Nan Yun Dong Limited, Plaintiffs also
"request additional time to complete discovery on Defendant [Chun] Wong and either
settle with [Mr.] Wong or seek summary judgment against him."  (OSC Resp. at 2.)
Plaintiffs further propose that they be permitted to "file a status update within the next
//

1    120 days regarding the status of discovery and resolving their claims with Defendant

2    [Mr.] Wong."  (*Id.*)

3          Accordingly, the court ORDERS the parties to submit a joint status report within

4    120 days of the date of this order providing the court with an update on the status of this

5    case, including:  (1) whether Plaintiffs have served Defendants Shenzhen Haiming

6    Limited and Hu Nan Yun Dong Limited; (2) the status of discovery; and (3) whether the

7    parties believe settlement is likely.  If the parties do not believe that settlement is likely,

8    they shall indicate to the court (4) how they believe this case should proceed, including

9    by proposing a schedule for dispositive motions practice, if appropriate.

10          DATED this 9th day of November, 2021.

11

12                                                            _____

13                                                            JAMES L. ROBART
                                                              United States District Judge

14

15

16

17

18

19

20

21

22

ORDER - 2