# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CHUN WONG, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C19-0990JLR<br><br>ORDER ON JOINT STATUS REPORT |

The court is in receipt of the parties' March 9, 2022 joint status report. (3/9/22 JSR (Dkt. # 65).) Plaintiffs Amazon.com, Inc. ("Amazon") and Nite Ize, Inc. ("Nite Ize") (collectively "Plaintiffs") report that they have yet to serve non-appearing Defendants Shenzhen and Hu Nan, and have yet to identify John Does 1-10. (*See id.* at 2.) Plaintiffs have also indicated, in this report and previously, that they expect discovery from Defendant Chun Wong to lead to information that will allow them to complete service on Shenzhen and Hu Nan (*see* Pls. OSC Resp. (Dkt. # 51) at 5) and to identify, name, and serve John Does 1-10 (*see* 3/9/22 JSR at 2). The court has ordered Mr. Wong

ORDER - 1

to provide complete responses to the portions of Plaintiffs' discovery requests identified in its March 7, 2022 order by April 6, 2022. (*See* 3/7/22 Order (Dkt. # 64) at 13.)

Additionally, Plaintiffs indicate that "this case may be appropriate for a resolution after a period of discovery," and jointly propose the following schedule with Defendant Chun Wong:

| Event | Deadline |
|---|---|
| Joinder of Additional Parties | May 20, 2022 |
| Amendment of Pleadings | May 20, 2022 |
| Discovery Cut-Off | November 2, 2022 |
| Dispositive Motions Deadline | December 1, 2022 |

(3/9/22 JSR at 4.)

The court GRANTS the parties' proposed schedule. Additionally, by May 20, 2022, Plaintiffs are ORDERED to provide proof of service for Shenzhen and Hu Nan, as well as for any individuals identified and joined in place of John Does 1-10. If Plaintiffs are unable to make that showing by May 20, 2022, they must SHOW CAUSE by that same date why Shenzhen, Hu Nan, and John Does 1-10 should not be dismissed from this action based on Plaintiffs' failure to complete service on those named Defendants in accordance with Federal Rule of Civil Procedure 4.

//
//
//

ORDER - 2

Dated this 11th day of March, 2022.

JAMES L. ROBART
United States District Judge

ORDER - 3