1
2
3
4
5
6

7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  AMAZON.COM, INC., et al.,    CASE NO. C19-0990JLR

11                 Plaintiffs,   ORDER ON MOTION TO
                                 WITHDRAW
12       v.

13  CHUN WONG, et al.,

14                 Defendants.

15   Before the court is a motion to withdraw as counsel for Defendant Chun Wong

16 filed by attorneys Cory J. Rosenbaum and Stephen M. Hansen. (Mot. (Dkt. # 69).)

17 Plaintiffs Amazon.com, Inc. ("Amazon") and Nite Ize, Inc. ("Nite Ize") (collectively,

18 "Plaintiffs") have not opposed the motion. (*See generally* Dkt.)

19   An attorney seeking to withdraw from a case in a manner that will leave a party to

20 the case unrepresented must seek the court's leave to do so by filing a motion. *See* Local

21 Rules W.D. Wash. LCR 83.2(b)(1). The motion must contain a certification that it "was

22 //

ORDER - 1

served on the client and opposing counsel," and must also provide the client's "address and telephone number." *Id.*

Mr. Rosenbaum and Mr. Hansen certify that they served the motion on Plaintiffs' counsel using the court's CM/ECF system. (Mot. at 3.) However, neither the motion nor Mr. Rosenbaum's declaration certify that "the motion was served on" Mr. Wong, *see* Local Rules W.D. Wash. LCR 83.2(b)(1), only that Mr. Rosenbaum advised Mr. Wong on March 24, 2022 that "if there was no cooperation or efforts on his behalf relative to the [c]ourt's rulings and Orders [Mr. Rosenbaum and Mr. Hansen] would be forced to withdraw" (*see* Rosenbaum Decl. (Dkt. # 70) ¶ 7 (asserting that Mr. Rosenbaum and Mr. Hansen notified Mr. Wong of their intention to withdraw as his counsel based on his failure to assist them in his defense on March 24, 2022)). Additionally, Mr. Rosenbaum and Mr. Hansen have failed to provide Mr. Wong's current contact information. (*See generally* Mot.; Rosenbaum Decl.)

Because Mr. Rosenbaum and Mr. Hansen have not established their compliance with the court's local rules, *see* Local Rules W.D. Wash. LCR 83.2(b)(1), their motion to withdraw (Dkt. # 69) is DENIED without prejudice to their refiling a motion that contains the required certifications.

Dated this 18th day of April, 2022.

JAMES L. ROBART
United States District Judge

ORDER - 2