UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al.,<br><br>                Plaintiffs,<br>     v.<br><br>CHUN WONG, et al.,<br><br>                Defendants. | CASE NO. C19-0990JLR<br><br>ORDER ON RENEWED MOTION TO WITHDRAW |

Before the court is a renewed motion to withdraw as counsel for Defendant Chun Wong filed by attorneys Cory J. Rosenbaum and Stephen M. Hansen. (Renewed Mot. (Dkt. # 73).) Mr. Rosenbaum and Mr. Hansen seek to withdraw as Mr. Wong's counsel due to his "failure to communicate and assist in the defense of the pending litigation." (*See id.* at 1.) In support of their renewed motion, Mr. Rosenbaum provides a declaration documenting the reasonable, but ultimately unsuccessful, efforts he and Mr. Hansen made to get Mr. Wong to participate in discovery. (*See* Rosenbaum Decl. (Dkt. # 74) ¶¶ 3-8.) Mr. Rosenbaum represents that he and Mr. Hansen have, at this point,

ORDER - 1

1  "exhausted" their efforts in that regard.  (*See id.* ¶ 3.)  Plaintiffs Amazon.com, Inc.

2  ("Amazon") and Nite Ize, Inc. ("Nite Ize") (collectively, "Plaintiffs") have not opposed

3  Mr. Rosenbaum and Mr. Hansen's renewed motion to withdraw.  (*See generally* Dkt.)

4       An attorney seeking to withdraw from a case in a manner that will leave a party to

5  the case unrepresented must seek the court's leave to do so by filing a motion.  *See* Local

6  Rules W.D. Wash. LCR 83.2(b)(1).  The motion must contain a certification that it "was

7  served on the client and opposing counsel," and must also provide the client's "address

8  and telephone number."  *Id.*  Mr. Rosenbaum and Mr. Hansen have met the requirements

9  of the Local Civil Rules.  They provide the declaration of Leslie Gillis, an attorney at Mr.

10 Rosenbaum's law firm, who certifies that she provided Mr. Wong with copies of the

11 renewed motion, Mr. Rosenbaum's supporting declaration, and the proposed order.  (*See*

12 Gillis Decl. (Dkt. # 75) ¶¶ 2-3.)  Mr. Rosenbaum and Mr. Hansen also provide Mr.

13 Wong's current contact information, as required by the court's Local Civil Rules.  (*See*

14 Renewed Mot. at 3); *see also* Local Rules W.D. Wash. LCR 83.2(b)(1).  Plaintiffs

15 received notice of the renewed motion through the court's CM/ECF filing system.  (*See*

16 Renewed Mot. at 3.)  Additionally, Mr. Rosenbaum and Mr. Hansen have good cause for

17 withdrawing their representation based on the evident breakdown in communication with

18 Mr. Wong and his refusal to participate in his own defense.  *See* Wash. RPC 1.16(b)(5)

19 (permitting withdrawal if "the client fails substantially to fulfill an obligation to the

20 lawyer regarding the lawyer's services and has been given reasonable warning that the

21 lawyer will withdraw unless the obligation is fulfilled"); (*see also* Rosenbaum Decl. ¶ 7

22 ("On March 24, 2022, I specifically spoke to [Mr.] Wong advising if there was no

cooperation or efforts on his behalf relative to the Court's rulings and Orders we would be forced to withdraw.")).

For the foregoing reasons, Mr. Rosenbaum and Mr. Hansen's renewed motion for leave to withdraw as counsel for Mr. Wong (Dkt. # 73) is GRANTED. Mr. Wong is now proceeding *pro se* in this matter unless or until new counsel makes an appearance on his behalf. The Clerk is thus DIRECTED to update Mr. Wong's contact information on the docket and mail a copy of this order to:

> Chun Wong
> 92 Boswell Road
> Markham, Ontario L6B 0M5
> Canada
> 647-300-1168
> Email: Wing081@hotmail.com

Unless or until new counsel makes an appearance on Mr. Wong's behalf, all future filings in this case shall be served on Mr. Wong at the above address.

Dated this 10th day of May, 2022.

JAMES L. ROBART
United States District Judge