UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al., <br><br>　　　　　　　Plaintiffs, <br>　v. <br> CHUN WONG, et al., <br><br>　　　　　　　Defendants. | CASE NO. C19-0990JLR <br><br> ORDER ON STATUS REPORT |

The court is in receipt of Plaintiffs Amazon.com, Inc. ("Amazon") and Nite Ize, Inc.'s ("Nite Ize") (collectively, "Plaintiffs") status report and response to the court's March 11, 2022 show cause order. (Report (Dkt. # 77); OSC (Dkt. # 66).) The court previously ordered Plaintiffs to (1) provide proof of service for non-appearing Defendants Shenzhen Haiming Limited ("Shenzhen") and Hu Nan Yun Dong Limited ("Hu Nan"), as well as for any individuals identified and joined in place of John Does 1-10, by May 20, 2022, or (2) show cause why those parties should not be dismissed based on Plaintiffs' failure to serve them in this action. (*See* OSC at 1-2.)

ORDER - 1

1  Plaintiffs hoped that discovery from Defendant Chun Wong would "lead to information that would allow them to complete service on Defendants Shenzhen and Hu Nan" but report that—as a consequence of Mr. Wong's failure to provide discovery, in violation of the court's orders—they remain unable "to locate Defendants Shenzhen and Hu Nan[,] or to identify any additional Doe Defendants."  (Report at 2.)  Plaintiffs further report that in March 2022, in anticipation of Mr. Wong's "failures to comply with his discovery obligations" they hired "independent investigators in Hong Kong and China to investigate Defendants Shenzhen and Hu Nan, as well as the Doe Defendants."  (*Id.*)  Although "[t]hat investigation is ongoing," it "has been delayed due to COVID-related lockdowns in China."  (*Id.*)  Accordingly, Plaintiffs "request a 90-day extension of the deadlines to serve Defendants Shenzhen and Hu Nan, as well as the deadline to amend the pleadings and identify any Doe Defendants discovered through the investigation."  (*Id.* at 3.)

For good cause shown, the court GRANTS Plaintiffs' request for a 90-day extension, to August 18, 2022, to the deadline to serve Defendants Shenzhen and Hu Nan and to amend their complaint with the identities of the Doe Defendants.  If Plaintiffs are unable to meet that deadline, they must SHOW CAUSE by that same date why Shenzhen, Hu Nan, and John Does 1-10 should not be dismissed from this action based on their failure to complete service on those named Defendants in accordance with Federal Rule of Civil Procedure 4.

The Clerk is DIRECTED to mail a copy of this order to Mr. Wong.

//

Dated this 23rd day of May, 2022.

JAMES L. ROBART
United States District Judge

ORDER - 3