UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC., et al., | CASE NO. C19-0990JLR |
| Plaintiffs, | ORDER |
| v. | |
| CHUN WONG, et al., | |
| Defendants. | |

Before the court are Plaintiffs Amazon.com, Inc. and Nite Ize, Inc. (collectively "Plaintiffs") and Defendant Chun Wong's separate status reports. (*See* Pls.' Status Report (Dkt. # 84); Def.'s Status Report (Dkt. # 85).) The parties each notify the court that Mr. Wong filed a bankruptcy petition on November 1, 2022. (*See* Pls.' Status Report ¶¶ 5-6); *see* Ch. 7. Voluntary Petition, *In re Wong*, Case No. 22-bk-11767-TWD (W.D. Wash. Bankr. Nov. 1, 2022), ECF No. 1. As a result of Mr. Wong's petition, this action is automatically stayed as to Mr. Wong. *See* 11 U.S.C. § 362(a)(1).

SHOW CAUSE ORDER - 1

Plaintiffs allege that Mr. Wong shares joint and several liability with all other Defendants. (*See* Pls.' Status Report ¶ 8; (citing Am. Compl. (Dkt. # 31) ¶¶ 109-113).) Plaintiffs have not yet, however, served any other Defendants, and none have appeared in this matter. (*See* Dkt.)[1] In light of the automatic stay of this action against Mr. Wong and his alleged joint and several liability with all other Defendants, the court ORDERS the parties to SHOW CAUSE why this action should not be stayed in its entirety until the automatic stay triggered by Mr. Wong's bankruptcy proceeding is lifted. The parties shall file responses to this order, limited to five pages in length, within five days of the filing date of this order.

Dated this 9th day of November, 2022.

JAMES L. ROBART
United States District Judge

---

[1] This case is currently stayed only as to Mr. Wong. Accordingly, the court reminds Plaintiffs that they must either provide proof of service as to other Defendants by November 22, 2022, or show cause why all unserved defendants should not be dismissed without prejudice for failure to comply with Rule 4(m). (*See* 8/24/2022 OSC (Dkt. # 81) (citing Fed. R. Civ. P. 4(m)).)