|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | UNITED STATES DISTRICT COURT | |
| 8 | WESTERN DISTRICT OF WASHINGTON AT SEATTLE | |
| 9 | | |
| 10 | AMAZON.COM, INC., et al., | CASE NO. C19-0990JLR |
| 11 | Plaintiffs, | ORDER |
| 12 | v. | |
| 13 | CHUN WONG, et al., | |
| 14 | Defendants. | |

Before the court is a filing by Defendant Chun Wong that purports to combine Mr. Wong's opposition to Plaintiffs' renewed motion for sanctions and entry of default with his own cross-motion for summary judgment. (Def.'s Resp. (Dkt. # 103); *see* Pls.' Mot. (Dkt. # 101).) The court enters this order to clarify how it intends to proceed with deciding the parties' motions. *See* Fed. R. Civ. P. 1 (authorizing the court to construe the Federal Rules of Civil Procedure "to secure the just, speedy, and inexpensive determination of every action and proceeding").

ORDER - 1

The court will first consider Plaintiffs' renewed motion for sanctions and entry of default on its original timeline before considering Mr. Wong's motion for summary judgment. Accordingly, the court ORDERS as follows:

(1) Plaintiffs shall file their reply in support of their renewed motion for sanctions and entry of default on June 30, 2023, that motion's original noting date;

(2) Unless the court orders otherwise in its order on Plaintiffs' renewed motion for sanctions and entry of default, Plaintiffs shall file their response to Mr. Wong's motion for summary judgment on July 24, 2023, in accordance with the briefing schedule set forth in Local Rules W.D. Wash. LCR 7(d)(3); and

(3) Unless the court orders otherwise in its order on Plaintiffs' renewed motion for sanctions and entry of default, Mr. Wong shall file his reply in support of his motion for summary judgment on July 28, 2023, in accordance with Local Rules W.D. Wash. LCR 7(d)(3).

Dated this 27th day of June, 2023.

JAMES L. ROBART
United States District Judge