# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al., | CASE NO. C19-0990JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| CHUN WONG, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On January 18, 2024, Defendant Chun Wong's attorney, Jeffery M. Wheat, filed a supplemental declaration in response to the court's order seeking clarification of certain record citations in Mr. Wong's response to Plaintiffs' motion for default judgment and for a permanent injunction. (Supp. Wheat Decl. (Dkt. # 126); 1/18/24 Min. Order (Dkt. # 125); *see* Def. J. Mot. (Dkt. # 117); Def. J. Resp. (Dkt. # 122).) Mr. Wheat attached to his declaration (1) a redlined version of Mr. Wong's response in which he corrected the

MINUTE ORDER - 1

citations at issue and (2) exhibits that had not previously been filed on the record. (*See* Supp. Wheat Decl. ¶ 4, Ex. A ("Corrected Response"); *id.* ¶¶ 5-6, Exs. B-D (exhibits).)

On January 19, 2024, the court ordered Mr. Wong to accept the changes in his Corrected Response and file, by no later than January 22, 2024, a praecipe attaching the clean version of the Corrected Response. (1/19/24 Min. Order (Dkt. # 127)); *see* Local Rules W.D. Wash. LCR 7(m) (explaining the procedure for filing a praecipe). Mr. Wong, however, has not filed the praecipe in accordance with the court's order. Therefore, the court ORDERS Mr. Wong to, by no later than **January 24, 2024**, either (1) file the praecipe to correct the response in accordance with the court's January 19, 2024 order, or (2) show cause why the court should not issue sanctions for failure to comply with that order. Because the redlined version of Mr. Wong's Corrected Response is available on the docket, the deadline for Plaintiffs to file an optional reply to the Corrected Response remains unchanged.

Filed and entered this 23rd day of January, 2024.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk