# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM. INC., et al.,<br><br>                  Plaintiffs,<br><br>    v.<br><br>CHUN WONG, et al.,<br><br>                  Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C19-0990JLR |

☐ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Plaintiffs' motion for default judgment is GRANTED in part (*see* Dkt. # 130):

    1.    The court GRANTS default judgment against Defendants on Plaintiff Nite Ize, Inc.'s ("Nite Ize) trademark infringement claim under 15 U.S.C. § 1114 and false designation of origin claim under 15 U.S.C. § 1125(a).

    2.    The court AWARDS Nite Ize statutory damages pursuant to 15 U.S.C. § 1117(c)(2) for Defendants' willful violations of the Lanham Act as follows:

        a.  $432,637 against Defendant Chun Wong;

        b.  $78,682 against Defendants Duan Bo Jiang and Kevin Bao, jointly and severally; and

        c.  $1,083,567 against Mr. Jiang.

3.  The court ENJOINS and RESTRAINS Defendants and their officers, agents, servants, employees, and attorneys, and all others in active concert or participation with them who receive actual notice of this order from:

   a. manufacturing, importing, distributing, offering to sell, or selling any product using Nite Ize's brand or trademarks, or which otherwise infringes Nite Ize's intellectual property, in any store or in any medium; and

   b. assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities listed in paragraph (a) above.

4.  The court DENIES default judgment on Plaintiff Amazon.com, Inc.'s ("Amazon") false advertising claim under 15 U.S.C. § 1125(a) and DISMISSES that claim without prejudice.

5.  Amazon's breach of contract claim and Plaintiffs' civil conspiracy claim are DISMISSED without prejudice (*see* Dkt. # 117 at 3 n.2).

Filed this 12th day of February, 2024.

                               RAVI SUBRAMANIAN
                               Clerk of Court

                               s/ Ashleigh Drecktrah
                               Deputy Clerk